IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| BRIAN JAKE PARSONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:16cv103-MHT |
| | ) | (WO) |
| WILLIAM K. MADDOX, | ) | |
| Sheriff, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is confined in Henry County Jail, filed this lawsuit complaining about the defendants' refusal to allow him to mail a letter written in Spanish.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of November, 2016.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**